PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE    # 1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
EVAN MATTHEW BLACKWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00391 DAE |
| | ) | |
| Plaintiff, | ) | MOTION FOR EARLY |
| | ) | TERMINATION OF SUPERVISED |
| vs. | ) | RELEASE; EXHIBIT A; |
| | ) | DECLARATION OF COUNSEL; |
| EVAN MATTHEW BLACKWELL, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the defendant, EVAN MATTHEW BLACKWELL,

through counsel, PAMELA J. BYRNE, Assistant Federal Defender, and moves

this Honorable Court for early termination of his three-year term of supervised

release, which commenced on February 4, 2005. Mr. Blackwell has thus far
successfully completed a little over two years of his three-year term of supervised
release.

Pursuant to 18 U.S.C. § 3583(e)(1), this Court has the authority to
terminate a term of supervised release previously ordered and discharge the
defendant at any time after the expiration of one year of supervised release.

In deciding whether to grant early termination, the Court considers
the factors set forth in § § 3553(a) (1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4)
through (a)(7), which are essentially as follows:

The nature and circumstances of the offense and the history and
characteristics of the defendant;

To afford adequate deterrence to criminal conduct.

To protect the public from further crimes of the defendant.

To provide the defendant with needed educational or vocational
training, medical care, or other correctional treatment in the most effective
manner.

Mr. Blackwell plead guilty to a misdemeanor Information charge of
Assault on February 4, 2005. He was sentenced to three years of probation, a
special assessment of $25, and restitution of $1,738. During these past two years

2

he has been fully compliant with the conditions of probation.  As of May 22, 2006,

Mr. Blackwell completed payment on his restitution and fine (see Exhibit A).  His

supervising probation officer, Mark Reidling, of the San Diego office, also

supports this motion for early termination of probation.

  Therefore, based upon his conduct on probation thus far, as well as

the factors set forth in 18 U.S.C. § 3553(a), it is respectfully requested that this

Court order that Mr. Blackwell's three-year term of supervised release be

terminated at this point in time.   Should this Court require a hearing on this

matter, Mr. Balckwell, who lives in California, waives his presence, or

respectfully requests he be allow to appear via telephone.

  DATED:   Honolulu, Hawaii, March 22, 2007.


   /s/ Pamela J. Byrne_____
  PAMELA J. BYRNE
  Attorney for Defendant
  EVAN MATTHEW BLACKWELL

## CERTIFICATE OF SERVICE

PAMELA J. BYRNE, hereby certifies that on the date and by the method

of service noted below, a true and correct copy of the foregoing was served on the

following at the last known address:

RONALD JOHNSON    (Served Electronically through CM/ECF)
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

ALYSA MAKAHANALOA  (hand delivered)
U. S. Probation Officer
U. S. District Courthouse
300 Ala Moana Boulevard
PJKK Federal Building
Honolulu, Hawaii  96850

DATED: Honolulu, Hawaii, March 27, 2007.


/s/ PAMELA J. BYRNE
PAMELA J. BYRNE
Attorney for Defendant
EVAN MATTHEW BLACKWELL