Prob 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

**United States District Court**
**FOR THE**

DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 18 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                          Criminal No. CR 04-00391-01

EVAN MATTHEW BLACKWELL

On 2/4/2005, the above named was placed on probation for a period of 3 years. He has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that he be discharged from probation at this time, having served 26 months of supervision.

Respectfully submitted,

_____ for:
ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 16th day of April, 2007.

_____
KEVIN S.C. CHANG
U.S. Magistrate Judge